[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14906
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 4, 2011
JOHN LEY
CLERK

D.C. Docket No. 6:07-cr-00036-JA-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARREN SHIRA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(April 4, 2011)

Before MARCUS, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Darren Shira in this direct criminal appeal,

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Shira's conviction and sentence are **AFFIRMED**.